```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
ERIC LIEBERT,                        :
                                     :
            Plaintiff,               :    08 Civ. 5268 (JSR)
                                     :
      -v-                            :    ORDER
                                     :
TOYOTA MOTOR SALES, U.S.A., INC.,    :
                                     :
            Defendant              . :
------------------------------------ :
                                     x
```

JED S. RAKOFF, U.S.D.J.

During a joint telephone conference held on August 5, 2008, the parties notified the Court that they have reached a likely settlement in the above-captioned case. On the parties' consent, this case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case if the putative settlement falls through.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 5, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-08